# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23
(Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF

USA vs. Soberanis, et al.

FOR: N DILL
AT: Eastern

MAR 2 5 2008
3-25-08
MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)
~~Jose~~ Soberanis ROSALIO

CHARGE/OFFENSE (describe if applicable & check box →)
☒ Felony
☐ Misdemeanor

21 USC § 841(a)(1)

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify) _____

DOCKET NUMBERS
Magistrate _____

District Court
08CR241-3

Court of Appeals _____

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**

Are you now employed? ☒ Yes   ☐ No   ☒ Am Self Employed

Name and address of employer: Musician, Drummer everyweek

IF YES, how much do you earn per month? $ 600.00

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? ☒ Yes   ☐ No

IF YES, how much does your Spouse earn per month? $ 1,500.00

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes   ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED _____    SOURCES _____

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No   IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes   ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT   VALUE $ 315,000.00   DESCRIPTION _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☒ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 4

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| | Total Debt | Monthly Payt. |
|---|---|---|
| F150 Truck – 2004 | $ 2,100.00 | $ 270.00 |
| 2007 Honda Motorcycle | $ 16,000.00 | $ 360.00 |
| | $ 8,000.00 | $ 180.00 |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 3/25/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) _____