Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 241 - 3 | DATE | 4/1/08 |
| CASE TITLE | USA vs. Rosalio Soberanis | | |

**DOCKET ENTRY TEXT**

Preliminary Examination held.   Enter a finding of probable cause.  The Defendant is ordered Bound to the District Court for further proceedings.  Detention hearing held.  The defendant is ordered detained until further order of Court for the reasons stated on the record.

Docketing to mail notices.

00:13