AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

ROSALIO SOBERANIS


FILED
APR 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 08-CR-241(3)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Rosalio Soberanis
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiring with others to possess with intent to distribute and to distribute a controlled substance, namely, in excess of 500 grams of mixtures and substances containing cocaine, mixtures and substances containing heroin, and marijuana, in violation of Title 21, United States Code, Section 841(a)(1);

in violation of Title 21 United States Code, Section(s) 846; and Title 18, USC, Section 2.

Arlander Keys
Name of Issuing Officer

*signature*
Signature of Officer

U.S. Magistrate Judge
Title of Issuing Officer

03/24/2008   Chicago, Illinois
Date and Location

Bail fixed at $ _____    by _____
                              Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at 581 Elsie, MELROSE PARK, IL 60160

| DATE RECEIVED 3/24/2008 | NAME AND TITLE OF ARRESTING OFFICER SA FRANK JACK SODETZ III | SIGNATURE OF ARRESTING OFFICER *signature* |
|---|---|---|
| DATE OF ARREST 3/25/2008 | | |

AO 442 (Rev. 12/85) Warrant for Arrest.