

**FILED**

JUN 17 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**JUDGE MANNING**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?  NO ☐  YES  X   If the answer is "Yes", list the case number and title of the earliest filed complaint: 08 CR 241  U. S. v. Jose Eduardo Serrano-Espinoza, et al.

   **MAGISTRATE JUDGE KEYS**  Keys

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?

   **NO X**   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   **NO X**   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   **NO X**   YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   **NO X**   YES ☐

6) What level of offense is this indictment or information?   **FELONY X**   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO ☐   **YES X**

8) Does this indictment or information include a conspiracy count?   NO ☐   **YES X**

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide ........... (II) | ☐ Income Tax Fraud ........ (II) | ☒ DAPCA Controlled Substances (III) |
   | ☐ Criminal Antitrust ..... (II) | ☐ Postal Fraud .... ......... (II) | ☐ Miscellaneous General Offenses (IV) |
   | ☐ Bank robbery ... ....... (II) | ☐ Other Fraud.. ............. (III) | ☐ Immigration Laws ......... (IV) |
   | ☐ Post Office Robbery..... (II) | ☐ Auto Theft................ (IV) | ☐ Liquor, Internal Revenue Laws . (IV) |
   | ☐ Other Robbery ....... (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws .......... (IV) |
   | ☐ Assault ............. (III) | ☐ Forgery................... (III) | ☐ Motor Carrier Act .......... (IV) |
   | ☐ Burglary ............ (IV) | ☐ Counterfeiting .. ......... (III) | ☐ Selective Service Act ........ (IV) |
   | ☐ Larceny and Theft ...... (IV) | ☐ Sex Offenses ... .......... (II) | ☐ Obscene Mail ............ (III) |
   | ☐ Postal Embezzlement.... (IV) | ☐ DAPCA Marijuana ....... (III) | ☐ Other Federal Statutes ....... (III) |
   | ☐ Other Embezzlement. ... (III) | ☐ DAPCA Narcotics ........ (III) | ☐ Transfer of Probation Jurisdiction (V) |

10) List the statute of each of the offenses charged in the indictment or information.

Title 21, United States Code, Sections 841, 843(b) and 846

*Jacqueline Stern*
JACQUELINE STERN
Assistant United States Attorney
(312) 353-5329

(Revised 12/99)