UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | No. | 08 CR 241 |
| | ) | | |
| v. | ) | | |
| | ) | | |
| ROSALIO SOBERANIS, | ) | | |
| aka "Chalillo," | ) | | |

### INFORMATION STATING PREVIOUS DRUG CONVICTION
### TO BE RELIED UPON IN SEEKING INCREASED PUNISHMENT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby files this Information Stating Previous Conviction to Be Relied Upon in Seeking Increased Punishment pursuant to 21 U.S.C. § 851(a):

In the event the defendant is convicted of the offense under Title 21, United States Code, Section 846 charged in Count One of the Indictment in this case, the United States shall seek increased punishment pursuant to Title 21, United States Code, Section 841(b) based on the following conviction for a felony drug offense which became final prior to the commission of the offense charged in Count One of the Indictment:

(i) On or about September 17, 2004, in the Circuit Court of Cook County, Illinois, the defendant was convicted of possession of a controlled substance (cocaine) and was sentenced to a period of probation.

WHEREFORE, the government gives notice that defendant has at least one prior conviction for a felony drug offense, and thus the sentence upon his conviction for the offense under Title 21, United States Code, Section 846 charged in Count One of the Indictment in this case shall include a term of imprisonment of not less than 10 years and not more than life, a fine not to exceed $4,000,000, and a term of supervised release of not less than 8 years up to and including any number of years, pursuant to 21, United States Code, Section 841(b)(1)(B)(ii).

Dated: Chicago, Illinois
       June 19, 2008

                                Respectfully submitted,
                                PATRICK J. FITZGERALD
                                United States Attorney

               By:    s/ Jacqueline Stern
                       JACQUELINE STERN
                       Assistant United States Attorneys
                       219 S. Dearborn Street, 5th Floor
                       Chicago, Illinois 60604
                       312-353-5300

## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**INFORMATION STATING PREVIOUS DRUG CONVICTION
TO BE RELIED UPON IN SEEKING INCREASED PUNISHMENT**

was served pursuant to the district court's ECF system as to ECF filers.

                        s/Jacqueline Stern
By:   JACQUELINE STERN
       Assistant United States Attorney
       219 S. Dearborn Street
       Chicago, Illinois 60604
       (312) 353-5329