## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Manning | Sitting Judge If Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 241-3 | **DATE** | 6/20/08 |
| **CASE TITLE** | USA v Rosalio Soberanis | | |

#### DOCKET ENTRY TEXT

Arraignment held. The defendant enters plea of Not Guilty   to the Indictment. 16.1A conference to be held by 6/27/08. Pretrial motions to be filed by 7/11/08   Responses to pretrial motions are due by 7/25/08; replies thereto,  due by 8/8/08 .  Status hearing set before Judge Manning   on 8/12/08 at 11:00 a.m.   Same bond to stand.   Time is excluded pursuant to 18:3161(h)(l).   Xt1  *AK*

Docketing to mail notices.

00:04

| | | Courtroom Deputy Initials: | AC |
|---|---|---|---|

U.S. DISTRICT COURT
CLERK

2008 JUN 24  AM 11:59

FILED-EOD